No. 492.   BIRNBAUM ET AL., A PARTNERSHIP UNDER THE NAME OF BIRNBAUM & CO., ET AL. *v.* CHICAGO TRANSIT AUTHORITY ET AL.   C. C. A. 7th.   Certiorari denied. *Barnabas F. Sears* for petitioners.   *Werner W. Schroeder* for the Chicago Transit Authority; and *Claude A. Roth, Tappan Gregory, Henry F. Tenney* and *J. Arthur Miller* for the Bondholders' Protective Committees, respondents.

No. 475.   BRUSZEWSKI *v.* ISTHMIAN STEAMSHIP CO. C. C. A. 3d.   Certiorari denied.   *Abraham E. Freedman* for petitioner.   *Thomas E. Byrne, Jr., John B. Shaw* and *Rowland C. Evans, Jr.* for respondent.

No. 477.   MONROE *v.* UNITED STATES.   C. C. A. 2d. Certiorari denied.   MR. JUSTICE BURTON took no part in the consideration or decision of this application.   *Murray I. Gurfein, Orrin G. Judd* and *Saul A. Shames* for petitioner.   *Solicitor General Perlman, Assistant Attorney General Quinn* and *Robert S. Erdahl* for the United States.

No. 480.   SECURITIES & EXCHANGE COMMISSION *v.* PHILADELPHIA COMPANY.   United States Court of Appeals for the District of Columbia.   Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.   *Solicitor General Perlman* and *Roger S. Foster* for petitioner.   *Thomas J. Munsch, Jr.* for respondent.

No. 494.   FLAKOWICZ *v.* ALEXANDER.   C. C. A. 2d. Shank substituted as the party respondent.   Certiorari denied.   MR. JUSTICE MURPHY is of the opinion the petition for certiorari should be granted.   *Hayden C. Covington* for petitioner.   *Solicitor General Perlman, Assistant*